EUGENE HAHN, Appellant, *v.* LURIA STEEL & TRADING CORPORATION, Respondent.

Submitted January 15, 1945; decided January 16, 1945.

Motion granted and order of dismissal vacated, on condition that appellant file the return and pay ten dollars costs within ten days; otherwise motion denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT E. HAMMERSMITH, Appellant.

Submitted January 15, 1945; decided January 16, 1945.

*Robert E. Hammersmith,* in person, for motion.

No one opposed.

Motion denied on the ground that the order sought to be appealed is not appealable to this Court.